GEORGIA, FULTON COUNTY

CIVIL ACTION FILE # 15VS00327

## STATE COURT OF FULTON COUNTY
### Civil Division

Ghanshamine Lee

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Allstate Property and Casualty Company

c/o Tyeasha Harris, Registered Agent

CT Corporation System

1201 Peachtree Street NE

Atlanta, GA 30361

847-402-5000

Defendant's Name, Address, City, State, Zip Code

| Type of Suit | Amount of Suit |
|---|---|
| [ ] Account | Principal $ _____ |
| [X] Contract | |
| [ ] Note | Interest $ _____ |
| [ ] Tort | |
| [ ] Personal Injury | Atty. Fees $ _____ |
| [ ] Foreign Judgment | |
| [ ] Trover | Court Cost $ _____ |
| [ ] Special Lien | |
| | ***************** |
| [X] New Filing | |
| [ ] Re-filing: Previous Case # | |

Nicole Vinson, Esquire

Merlin Law Group, 777 S. Harbour Island Blvd.

Suite 950

Tampa, FL 33602

_____

Attorney Name and Address, City, State, Zip Code

FILED IN OFFICE
2015 FEB 25 PH 12:31
CLERK STATE COURT
FULTON COUNTY GEORGIA

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney or on Plaintiff if no Attorney, to-wit:

Name: Nicole Vinson, Esq., Merlin Law Group

Address: 777 S. Harbour Island Blvd., Suite 950

City, State, Zip Code: Tampa, FL 33602          Phone No.: 813-229-1000

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, if desired, in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

This _____

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

## SERVICE INFORMATION:

Served, this _____ day of _____, 20 _____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

This _____ day of _____, 20 _____.      _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

EXHIBIT "A"

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

GHANSHAMINIE LEE,

      Plaintiff,

vs.                               Case No.: 15VS000327

ALLSTATE PROPERTY AND CASUALTY COMPANY,

      Defendant.

_____/

## PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH DAMAGES AGAINST DEFENDANT PURSUANT TO O.C.G.A. §33-4-6 AND DEMAND FOR JURY TRIAL

      **COMES NOW**, Plaintiff, Ghanshaminie Lee, ("Plaintiff"), by and through her undersigned counsel, and files this Complaint for Breach of Contract and Bad Faith Damages Against Insurer Pursuant to O.C.G.A. §33-4-6 and Demand for Jury Trial against the Defendant, Allstate Property and Casualty Company ("Allstate"), and as grounds therefore, states as follows:

### GENERAL ALLEGATIONS

      1.      This is an action for Breach of Contract and Bad Faith Damages against Defendant, Allstate, pursuant to O.C.G.A. §33-4-6.

      2.      Plaintiff is an individual who, at the time of loss, owned property and resided at 285 Buckingham Lane, Fairburn, Georgia 30213.  Plaintiff submits herself to the jurisdiction of this Court.

      3.      In consideration of the premiums paid to it by Plaintiff, Allstate issued to Plaintiff a Homeowner's Insurance Policy, Policy No. 921999604 (hereinafter the "Policy"), which was in full force and effect (effective policy period April 23, 2013 to April 23, 2014) at the time of Plaintiff's loss.   (See attached Exhibit "A," a copy of the Policy).

4.     Plaintiff suffered a loss due to theft during the policy period.

5.     Immediately upon discovery of the theft, Plaintiff submitted the insurance claim to Allstate and reported the theft to the Police Department.

6.     The theft loss sustained by Plaintiff is covered under the Policy:

**Losses We Cover Under Coverage C:**

We will cover sudden and accidental direct physical loss to the property described in Coverage C — personal Property Protection, except as limited or excluded in this policy, caused by:

...

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police...

7.     Allstate has a contractual obligation to investigate all possible bases which might support Plaintiff's claim and cannot deny a claim without thoroughly investigating the foundation for its denial or basis for withholding insurance benefits.

8.     Allstate has a contractual obligation to make a perfunctory investigation, not ignoring evidence that would support Plaintiff's claim.

9.     Allstate has a contractual obligation not to look the other way when confronted with facts revealing the possibility of coverage and resisting reasonable interpretations of its policy.

10.     Allstate has a contractual obligation to not deny the claims based on standards known to be impermissible or on an interpretation contrary to established law.

11.     Plaintiff provided Allstate with all requested documents and/or information needed for Allstate to tender owed insurance benefits.

12.     To the extent possible, Plaintiff provided Allstate with access to the insured property so that it may have inspected all claimed damages.

13.     Allstate has wrongfully denied Plaintiff's claim for damages as a result of the theft loss.

14.     Plaintiff never prohibited Allstate from conducting any inspections of the insured property after the insurance claim was submitted.

15.     Plaintiff provided Allstate with all available requested relevant and material documentation and/or information needed for Allstate to tender owed insurance benefits.

**COUNT I**
**(BREACH OF CONTRACT)**

16.     Plaintiff re-alleges Paragraphs 1 through 15 as if fully set forth herein.

17.     Shortly after the theft, Plaintiff provided Allstate with requested documents regarding the loss, through an email portal provided by Allstate.

18.     The next day, Plaintiff followed up with Allstate to inquire if they had received the documents, but received no response.

19.     Again, on the following day, Plaintiff followed up with Allstate to inquire if they had received the documents, but received no response.

20.     Finally, almost a week later, Plaintiff received correspondence from Allstate's "Your Claim Team," stating that [t]hey were waiting for damage estimates and additional information for items on the lost list and that they expected the claim to be resolved in 23 days or sooner.

21.     Immediately after receiving that correspondence, Plaintiff sent Allstate (via email) the information that had already been provided for a second time.

22.     Thereafter, Allstate requested that Plaintiff provide a written explanation of the

high dollar items. She complied with this request and updated the prior stolen item list with more information.

23.    Two (2) days later Linea Wade, of Allstate Central Specialty Office, sent Plaintiff an email and an attached spread sheet for input of the stolen items.  At this point, after complying with this request, Plaintiff had sent Allstate a list of items stolen no less than four (4) times in response to their duplicative requests.

24.    The day after Ms. Wade's correspondence, Plaintiff received correspondence from Timothy Frost of Allstate requesting that Plaintiff now [c]omplete the blank "Sworn Statement in Proof of Loss" and "Personal Property Inventory Loss" forms and return them within 60 days. Additionally, Allstate provided a document for the Plaintiff to fill out and sign in order for Allstate to pull her credit.  Allstate has now requested the list of stolen items no less than five times.

25.    Shortly thereafter, Plaintiff provided Allstate and Mr. Frost with all requested documents, including the signed authorization to pull credit and Sworn Statement in Proof of Loss, in addition to a spreadsheet containing the requested list of items and receipts for the claimed items stolen.

26.    After a few weeks, Plaintiff received correspondence from Mr. Frost who sent back the detailed spreadsheet and corresponding receipts saying that they needed to be matched to each item and to only provided receipts for the items pertaining to the loss.

27.    In addition, Plaintiff received correspondence from Mr. Timothy Frost of Allstate, requesting even more documents in support of her claim, such as utility bills for six (6) months prior to the loss, including electric, gas and water. In total, this is the sixth request for additional items to process this simple theft claim.

28.    After the two (2) letters from Mr. Frost, Plaintiff received correspondence from Ronnie Moore & Associates requesting that the Plaintiff sit for an Examination Under Oath.

29.    Less than a week after that request, Plaintiff's counsel sent a letter of representation to Allstate.

30.    Two (2) days later, Plaintiff received correspondence from Mr. Frost advising that the Sworn Statement in Proof of Loss was being rejected because Plaintiff failed to provide Allstate ages for the items being reported missing. Allstate further requested that Ms. Lee update the Personal Property Inventory Loss Forms to reflect all items claimed along with the their ages and make appropriate changes to the Sworn Statement in Proof of Loss as needed.  It should be noted that the receipts that were already supplied by Plaintiff provided dates of purchase, age and ownership. Plaintiff's counsel was not copied on this letter but received a separate letter the next day.

31.    Plaintiff's counsel subsequently received correspondence from Defendant's new counsel, William E. Zschunke, of Webb, Zschunke, Neary & Dikeman, LLP, requesting the Examinations Under Oath of Mr. and Mrs. Lee.

32.    A few months later, Plaintiff received correspondence from Defendant dated March 24, 2014, sent via certified mail on April 10, 2014, and received in our office on April 14, 2014, reserving its rights to later deny coverage and again rejecting Plaintiff's Proof of Loss and requesting that Plaintiff submit the proof of ownership that corresponds with the items reported as missing by April 3, 2014. By the time Plaintiff received the letter, the deadline contained in the letter to respond had passed.  Once again, the receipts originally supplied by the Plaintiff provided dates of purchase, age and ownership.

33.    On April 23, 2014, Plaintiff responded to Defendant's correspondence dated

March 24, 2014, and not received until April 14, 2014, stating "[I]t is improper for Allstate to continue to delay this claim. Despite Allstate's actions (including ignoring the letter of representation and its repeated, duplicative, and unnecessary requests to re-do the Proof of Loss or re-do/re-send the list of stolen items) we remain hopeful that Allstate will fully, fairly and promptly evaluate and adjust this claim and treat Ms. Lee's interests with equal regard to their own." Again, Plaintiff re-did and re-sent the Proof of Loss with attached receipts, which contained all dates of purchase, age and ownership.

34.     On or about May 19, 2014, Plaintiff and her husband sat for their Examinations Under Oath.

35.     On or about June 10, 2014, Allstate sent correspondence requesting additional documents from the Plaintiff and her husband.

36.     On or about July 3, 2014, Plaintiff provided Allstate the additional documents.

37.     On or about July 29, 2014, Allstate, through Vicki Shiflett, sent correspondence advising that Timothy Frost would no longer be handling Plaintiff's claim.

38.     On August 6, 2014, Plaintiff sent correspondence to Allstate's counsel requesting a determination of her theft claim.

39.     On August 25, 2014, with no response to Plaintiff's correspondence of August 6, 2014, Plaintiff once again requested a determination of her theft claim.

40.     On September 8, 2014, Plaintiff received correspondence from Allstate dated August 28, 2014, and received in our office on September 8, 2014, wherein Allstate denied Plaintiff's claim.

41.     On November 25, 2014, Plaintiff filed its sixty (60) day demand letter requesting Allstate to cure its violations and pay its Insured for her loss.

42.     On January 19, 2014, Defendant responded to Plaintiff's sixty (60) day letter and continues to deny this claim.

43.     As a direct and proximate result of a theft, Plaintiff sustained a substantial loss to her insured property, and is entitled to payment of her damages claimed in an amount to be determined at trial.

44.     Plaintiff's claim for loss resulting from a theft is covered under the policy

45.     Plaintiff's claim for theft loss are due and owing under the Policy.

46.     Allstate breached the insurance contract and Policy with Plaintiff by, among other things, failing and refusing to make prompt insurance benefit payments to Plaintiff, which are past due and owing under the Policy.

47.     As a result of its breach of the Policy, Allstate is liable to Plaintiff in an amount to be determined at trial, including applicable interest.

48.     Plaintiff is entitled to recover reasonable attorney's fees and expenses of litigation from Allstate, pursuant to O.C.G.A. §13-6-11 because Allstate has acted in bad faith, has been stubbornly litigious and has caused Plaintiff unnecessary trouble and expense.

## DEMAND FOR JURY TRIAL

Further, Plaintiff, Ghanshaminie Lee, demands a trial by jury on all issues so triable as a matter of right within Count I of her Amended Complaint.

## COUNT II
### (Bad Faith Damages Against Insurer Pursuant to O.C.G.A. §33-4-6)

49.     Plaintiff hereby incorporates paragraphs 1-15 and 16-48, as if more fully set forth herein.

50.     Allstate's conduct in refusing to indemnify Plaintiff for her loss under the Policy constitutes bad faith under O.C.G.A. §33-4-6 and Georgia Law.  Plaintiff is entitled to extra

contractual damages under Georgia law, including the penalties and fees provided for under Georgia statute in an amount to be determined at trial.

51.     Allstate made material misrepresentations to Plaintiff regarding relevant facts and policy terms, conditions, coverages relating to owed insurance benefits.

52.     Allstate has failed to acknowledge with reasonable promptness pertinent communications with respect to claims arising under the Policy.

53.     Allstate has a duty to attempt, in good faith, to settle claims when, under all these circumstances, it could and should have done so, had it acted fairly and honestly towards its insured, and with due regard for the insured's interest.  Allstate has wrongfully failed and/or refused, in good faith, to settle Plaintiff's claim when under all circumstances it could and should have done so had it acted fairly and honestly towards its insured thereby failing to settle or pay the subject claim when the obligation to settle and pay had become more than reasonably clear. Upon information and belief, Allstate breached this duty in the claims handling of Plaintiff's insurance claim for, *inter alia*, financial gain and profit.  For example:

54.     Allstate could have and/or should have timely tendered the insurance benefits that were due and owing Plaintiff had it conducted a fair and reasonable claim investigation.

55.     Upon information and belief, Allstate breached its duty of good faith claims handling with regard to its adjustment of Plaintiff's insurance claim for, *inter alia*, financial gain and profit.

56.     Upon information and belief, as a general business practice, Allstate intentionally and/or in such reckless disregard for the rights of the insured, utilizes unfair claims handling practices for financial gain and profit.

57.     Allstate has a duty to adopt and implement standards for the proper investigation

and settlement of claims. Upon information and belief, Allstate breached this duty in the adjustment of Plaintiff's insurance claim for, *inter alia*, financial gain and profit.

58. Allstate has a duty to not misrepresent pertinent facts or insurance policy provisions relating to coverages at issue. Allstate breached this duty in the adjustment of Plaintiff's insurance claim for, *inter alia*, financial gain and profit.

59. Allstate has a duty to not fail to acknowledge and act promptly upon communications with respect to an insured's claim. Allstate breached this duty in the adjustment Plaintiff's insurance claim.

60. Allstate has a duty not to deny claims without conducting reasonable investigations based upon available information. Allstate breached this duty in the adjustment of Plaintiff's insurance claim.

61. Plaintiff is entitled to extra contractual damages under Georgia law, including the penalties and fees provided for under Georgia statute in an amount to be determined at trial.

62. In order to pursue her claim against Allstate, Plaintiff has been required to engage the services of attorneys, for which Plaintiff shall continue to incur fees and expenses in the pursuit of her claim against, Allstate herein.

63. Plaintiff filed a "proper demand" for payment under O.C.G.A. § 33-4-6 on November 25, 2014.

64. Defendant responded to Plaintiff's demand on or about January 19, 2015, maintaining its denial of its Insured's claim.

## DEMAND FOR JURY TRIAL

Further, Plaintiff, Ghanshaminie Lee, demands a trial by jury on all issues so triable as a matter of right within Count II of her Complaint.

9

**WHEREFORE**, Plaintiff, **GHANSHAMINIE LEE,** prays that this Honorable Court:

1.      That Plaintiff have and recover judgment against Allstate on Count I of her Complaint for Breach of Contract of the Policy for all amounts due and owing under the Policy, including pre and post judgment interest, for her claim in an amount to be determined at trial;

2.      That Plaintiff be awarded extra contractual damages pursuant to O.C.G.A. §33-4-6 upon this Court's determination that the failure and delay of Allstate to indemnify Plaintiff for her covered loss and damages was in bad faith under Georgia law;

3.      That Allstate be required to disgorge all unlawful or illegitimate monies Allstate profited from its bad faith claims handling practices of unfair insurance claims practices utilized against its insured including but not limited to, any interest or monies Allstate made from such unlawful or illegitimate monies;

4.      That Plaintiff be awarded her costs of suit incurred;

5.      That judgment be entered against Allstate for Plaintiff's reasonable attorney's fees and expenses of litigation in this action; and

6.      That Plaintiff have and recover such other and further relief as this Court may deem just and proper.

Dated: February 20th, 2015

Respectfully submitted,

NICOLE VINSON, ESQUIRE
Georgia Bar No. 509029
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd, Ste 950
Tampa, Florida 33602
Telephone:  (813) 229-1000
Fax: (813) 229-3692
Email:  nvinson@merlinlawgroup.com
*Attorney for Plaintiffs*

Claim#___  _  _    _  _  _   ___  _

To Whom It May Concern:

I, Kathy Collard, employee of Allstate Insurance Company, Roanoke, Virginia, do

certify that the enclosed is a copy of policy and or declaration page for the above claim

number, showing the coverage's that was on the policy at the time of loss _____.

_____ _ ____  _  _____  (
_____
Claim Support

State of Virginia, County of Roanoke

On this _____ day of ____ _____, 2014, before me

personally appeared Kathy Collard to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act

and deed.

_____
Notary Public

PRISCILLA S. AGEE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
COMMISSION EXPIRES MAR 31, 2014
COMMISSION # 7322807

EXHIBIT

4

*The Buckner Agcy*
*6963 Hwy 85 Suite B*
*Riverdale GA 30274*

┌─────────────────────────────────────┐
│ **Your Quick Insurance Check**       │
│ ✓ Verify the information listed in the │
│   Policy Declarations.               │
│ ✓ Please call if you have any questions. │
│ ✓ Now you can pay your premium       │
│   before your bill is issued - visit │
│   allstate.com or call 1-800-Allstate ®. │
└─────────────────────────────────────┘

Sean A and Ghansbaminie
Crawford
285 Buckingham Ln
Fairburn GA  30213-6476

**Thank you for being a loyal Allstate Property and Casualty customer—we're delighted to have you with us!**

**Here's Your Deluxe Plus Homeowners Insurance Renewal Offer**
I'm pleased to offer to continue your Allstate Property and Casualty policy for another twelve months, so you can keep getting:
- Quality coverage at competitive prices
- Access to our knowledgeable, helpful agent network
- The peace of mind of knowing your insurance provider is one of the most experienced in the industry

**What's In This Package?**
This mailing package contains your insurance documents, including your Renewal Policy Declarations—which lists your coverages, coverage limits, premiums and any discounts you're receiving. You'll want to review the Policy Declarations to make sure you're comfortable with the coverage choices you've made. Keep in mind that policy documents may change, so you should carefully review them at each renewal.

**Your Billing And Renewing**
Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which we'll send separately. But note that if you're enrolled in the Allstate Easy Pay Plan, you won't receive a bill. Instead, we'll send you a statement detailing your payment withdrawal schedule.

*Renewing your coverage is simple—just make sure we receive the required premium payment when it's due.*

*(over)*

PROP  *0100010300075500527090I*       0000000021999604  070   06S   GA

Information as of
March 7, 2013

RP378

**Have Questions? Please Contact Me**

Give me a call at (770) 996-3443 if you have any questions or if you see something that needs updating—coverages, limits, deductibles. For online services, such as making a payment or viewing policy information, you can register at the Customer Care Center on *allstate.com*. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

**We Appreciate Your Business**

Thanks again for choosing Allstate—where you get more than great coverage and service. You get Allstate's 75 years of business experience behind you, plus the freedom to manage your policy your way.

The Buckner Agcy
Your Allstate Agent

## Allstate Property and Casualty Insurance Company

### RENEWAL

# Deluxe Plus Homeowners
# Policy Declarations

## Summary

| NAMED INSURED(S)<br>Sean A and Ghanshaminie<br>Crawford<br>285 Buckingham Lane<br>Fairburn GA 30213-6476 | YOUR ALLSTATE AGENT IS:<br>The Buckner Agcy<br>6963 Hwy 85 Suite B<br>Riverdale GA 30274 | CONTACT YOUR AGENT AT:<br>(770) 996-3443 |
|---|---|---|
| POLICY NUMBER<br>9 21 999604 04/23 | POLICY PERIOD<br>Begins on Apr. 23, 2013<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | PREMIUM PERIOD<br>Apr. 23, 2013 to Apr. 23, 2014<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
285 Buckingham Lane, Fairburn, GA 30213-6476

**MORTGAGEE**

| ● BANK OF AMERICA NA<br>ASSIGNS ATIMA<br>P O Box 961291 | ITS SCRS &/OR<br><br>Fort Worth TX 76161-0291 | *Loan # 160635796* |
|---|---|---|

## Total Premium for the Premium Period  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,044.00 |
| **TOTAL** | **$1,044.00** |

# Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999604 04/23      Your Agent:   The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $1,000  All Peril Deductible Applies | $206,196 | |
| Other Structures Protection<br>• $1,000  All Peril Deductible Applies | $20,620 | |
| Personal Property Protection - Reimbursement Provision<br>• $1,000  All Peril Deductible Applies | $154,647 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |

## DISCOUNTS   Your premium reflects the following  discounts on applicable coverage(s):

Age of Home                               18 %        Claim Free                                            15 %
Protective Device Rate Applied

## RATING INFORMATION

The dwelling is of Frame construction and is occupied by  1 family

# Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999504 04/23     Your Agent:  The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Plus Homeowners Policy form APC154
- Georgia PIA Amendatory End. form AP4577
- Standard Fire Policy Provisions End. form AU14116

- Deluxe Plus Homeowners Amendatory End. form APC192
- Bldg. Struct. Reimb. Ext. Limits End. form APC166

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase    of $6,000      due to the Property Insurance Adjustment provision using the Marshall Swift Boeckh Publications Building Cost Index. Coverage C - Personal Property Protection adjusted accordingly.

Do not pay.  Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate.

Steven P. Sorenson
President

Mary J. McGinn
Secretary

## Allstate Property and Casualty Insurance Company

Policy Number: 9 21 999694 04/23    Your Agent:    The Buckner Agcy (770) 995-3443
For Premium Period Beginning:    Apr. 23, 2013

# Important Notice
## *Privacy Policy Statement*

Thank you for choosing Allstate. We value you, respect your privacy and work hard protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

**Our Privacy Assurance**

- We do not sell your personal or medical information to anyone.
- We do not share your information with non-affiliate companies that would use it to contact you about their own products and services, unless permitted pursuant to a joint marketing agreement.
- We require persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
- We require our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

**What Personal Information Do We Have and Where Do We Get It**

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, social security number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources that may include, but is not limited to, your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit *allstate.com*, web pages you viewed while visiting our site or applications, Internet Protocol (IP) addresses, and cookies. We use cookies, analytics and other technologies to help:

- Evaluate our marketing campaigns
- Analyze how customers use our website and applications
- Develop new services
- Know how many visitors have seen or clicked on our ads

Also, our business partners assist us with monitoring information including, but not limited to, IP addresses, domain names and browser data, which can help us to better understand how visitors use *allstate.com*.

**How We Use and Share Your Personal Information**

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

- Fulfill a transaction you requested or service your policy

Page 1

PROP *0106010139390753045270904*

# Allstate Property and Casualty Insurance Company

Policy Number:   9 21 999604 04/23        Your Agent:   The Buckner Agcy  (770) 995-3443
For Premium Period Beginning:     Apr. 23, 2013

- Market our products
- Handle your claim
- Prevent fraud
- Comply with requests from regulatory and law enforcement authorities
- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

- Your agent, broker or Allstate-affiliated companies
- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
- Business partners that assist us with tracking how visitors use allstate.com
- Other financial institutions with whom we have a joint marketing agreement
- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

## The Internet and Your Information Security

We use cookies, analytics and other technologies to help us provide users with better service and a more customized web experience. Additionally, our business partners use tracking services, analytics and other technologies to monitor visits to allstate.com. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the allstate.com homepage.

To learn more, the allstate.com Privacy Statement provides information relating to your use of the web site. This includes, for example, information regarding:

1) how we collect information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site;
2) who should use our web site;
3) the security of information over the Internet; and
4) links and co-branded sites.

## How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:
Allstate Insurance Company Customer Privacy Inquiries
P.O. Box 40047
Roanoke, VA 24022-0047

## Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

Page 2

# Allstate Property and Casualty Insurance Company

Policy Number: 9 21 999604 04/23    Your Agent:   The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request. If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

**We Appreciate Your Business**
Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands[®].

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

We reserve the right to change our Privacy practices, procedures, and terms.

Allstate Insurance Company

**Allstate affiliates to which this notice applies:** Allstate County Mutual Insurance Company, Allstate Finance Company, Allstate Financial Services, LLC (LSA Securities in LA and PA), Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Investment Management Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, Allstate Motor Club, Inc., Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company , Allstate Property and Casualty Insurance Company, Allstate Texas Lloyd's, Allstate Texas Lloyd's, Inc., Allstate Vehicle and Property Insurance Company, Deerbrook General Agency, Inc., Deerbrook Insurance Company, Lincoln Benefit Life Company, North Light Specialty Insurance Company, Northbrook Indemnity Company.

Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

**For California residents:**
Pursuant to California law, we need to disclose to you that we would obtain your consent before sharing medical information for marketing purposes.

**For Montana residents:**
Pursuant to Montana law, you may also request a record of any disclosure of your medical information during the preceding three years. Please send requests to: Allstate Insurance Company Customer Privacy Inquiries, P.O. Box 40047, Roanoke, VA 24022-0047

**For Nevada Residents:**
Allstate is committed to serving you when and where you prefer as we help you protect what you have today and prepare you for the future. To that end, and as Nevada law requires, if you do not want to receive sales calls from Allstate, you have the option to be placed on our internal "do not call" list. (Please disregard this notice if you have already been added to Allstate's internal "do not call" list.) You may make this request in the following convenient ways:

- Contact your local Allstate agency
- Call 1-800-ALLSTATE and speak with a customer representative
- Visit allstate.com, click on Contact Us and send us an e-mail
- Write to us at Allstate Insurance Company, Attn: Customer Service, P.O. Box 40047, Roanoke, VA 24022-0047

Page 3

PROP  *0100010130000753016270905*

# Allstate Property and Casualty Insurance Company

Policy Number:   9 21 999604 04/23      Your Agent:    The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:     Apr. 23, 2013

In your discussion or correspondence with us, please be sure to provide us with your name, address and all telephone numbers you wish to include on our list. If you have questions about this notice, you may contact us at the address listed above or you may also contact the Nevada Attorney General's office at:

Office of the Nevada Attorney General
Bureau of Consumer Protection
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Phone: (702) 486-3132
Email: BCPINFO@ag.state.nv.us

Please note that Allstate's "do not call" list is limited only to telephone solicitation calls. We may still contact you about your Allstate policy, billing issues, claims and other service matters.

**For Vermont residents:**
We won't share your personal information with Allstate companies for marketing purposes except as allowed by Vermont law.

(ed. 8/2012)                                                           X66702-1v5

Page 4

## Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999604 04/23      Your Agent:    The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

# Important Notice

## *Important Information About Your Allstate Policy*

The enclosed Policy Declarations includes important information, such as your address, the coverages and coverage limits you've chosen, the names of insured persons — as well as other details pertinent to your policy. These details may include, for example, for motor vehicle policies, the drivers and vehicles you've insured, as well as the vehicle identification numbers (VIN) assigned to your insured vehicles; and, for property policies, the location of the insured property and mortgagee information, if applicable. Your Policy Declarations also lists any discounts or surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits — or you may want to change other information relating to your policy, whether it be a motor vehicle, your home or other insured property. You may also want to contact your Allstate representative for information concerning discounts that may be available for your policy.

### *Making changes to your policy*

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or our Customer Information Center at 1-800-ALLSTATE  (1-800-255-7828).

X67096

PROP  *01000101303975391620906*

## Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999504 04/23      Your Agent:   The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

# Important Notice

## *Information about Flood Insurance*

### *Protection against flood damage*
Most homeowners, renters and commercial insurance policies do not provide coverage for damage caused by floods. In fact, protection against floods is generally available only through a separate policy.

That's why Allstate is a participant in the National Flood Insurance Program and offers standard flood insurance policies*. A flood policy can help complete the insurance protection for your property and help protect your financial well-being.

### *You may need it more than you think*
Approximately 90% of all disasters in the U.S. are flood related. While you may think that it couldn't happen to you, over 25% of all flood losses occur in low to moderate risk areas.

And because flood damage is often accompanied by other damage, such as wind and hail (which is typically covered under a property policy), selecting Allstate gives you the convenience and peace of mind that comes with working with just one claim adjuster and one agent, instead of two or more.

### *It's affordable*
The federal government sets the rates for flood insurance, so there's typically no difference in rates from policy to policy — you can generally switch to a flood insurance policy administered by Allstate for the same amount of premium. If you choose Allstate, you can have the service, convenience and comfort you've come to expect from us.

For more information about flood insurance, or if you have any questions about your policy in general, please contact your Allstate representative or visit us at *allstate.com.*

\* Allstate provides the standard flood insurance policy under the terms of the National Flood Insurance Act of 1968 and its amendments, and Title 44 of the Code of Federal Regulations. The standard flood insurance policy is written by Allstate for the National Flood Insurance Program which is administered by the Federal Insurance Administration, part of the Federal Emergency Management Agency.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

# Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999604 04/23      Your Agent:      The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:     Apr. 23, 2013

## Information about Scheduled Personal Property Coverage

### Protection for your valuables

Allstate offers Scheduled Personal Property (SPP) coverage to help protect your valuables.

These items can include jewelry (such as engagement and wedding rings), fine art and musical instruments. Sports equipment, such as golf clubs, can also be covered by SPP.

In addition, SPP can cover valuables stored outside of your home in a safe deposit box or bank.

### Already have SPP?

Even if you currently have SPP coverage, it's a good idea to review your coverage annually. It's possible that the value of your property has changed or that you have purchased new items that have not been added to your coverage.

### Affordable coverage

The cost of SPP coverage varies, but the value of your property is the best way to determine how much coverage you need — the rates are generally a small percentage of the total value of the items you're insuring. This could mean that your valuables are being protected for only a fraction of the cost.

To learn more about SPP coverage, or if you have any questions about your insurance policy in general, contact your Allstate representative, or visit us at allstate.com.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

X67372v1

PROP  "0100041013030753018270900"

## Allstate Property and Casualty Insurance Company

Policy Number:  9 21 999604 04/23     Your Agent:     The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

# Important Notice

## *We've Increased Your Coverage Limits*

You may have noticed that we have increased your Dwelling Protection (Coverage A) limits and, as a result, your premium may be higher.

As you may know, your policy includes a feature called "Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area, including material and labor costs that may have occurred during the policy period. This information helps us estimate the amount of insurance coverage needed to cover the cost of rebuilding your home in the event of a covered total loss.

Your policy's PIA recently indicated an increase in construction costs in your market. Based on this information, we increased your Dwelling Protection limits to reflect the estimated replacement cost of your home.

Please consider whether the changes we made are sufficient. These estimates are based on what we believe are sound assumptions, but they are only estimates. It's possible that the new limits may not provide sufficient coverage in the event of a loss. For example, if you have done any remodeling to your home that is not reflected in our records, your home's value may be higher than our records indicate. In that case, you may want to increase your limits even more. On the other hand, it's possible that your new limits may provide a coverage amount that is greater than the cost of replacing your home. For example, if you originally insured your home based on a mortgage amount that exceeded your home's estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about this change, or if you would like to update your information or discuss any other changes, please feel free to call your Allstate representative. Together, we can help you determine the coverage limits that are right for you.

XM72

## Allstate Property and Casualty Insurance Company

Policy Number: 9 21 999604 04/23    Your Agent: The Buckner Agcy (770) 996-3443
For Premium Period Beginning: Apr. 23, 2013

# Important Notice

## *Coverage Options Give You the Ability to Tailor Your Policy to Your Needs*

We know that your protection needs and preferences can change over time. So we want you to keep in mind that you have the ability to make changes to your coverage to address those changing needs. Below are two options you may want to consider.

**Removing Windstorm and Hail Coverage from Your Policy**
Your property policy currently includes coverage for damage from windstorm and hail. If, for any reason, you believe you no longer need this coverage, you have the ability to remove it from your policy. If you're interested in removing this coverage, please contact your Allstate representative.

**Adding/Increasing a Tropical Cyclone Deductible**
In addition, you have the option to add or increase a deductible for certain coverages, such as your Tropical Cyclone Deductible (TCD). Adding or increasing a TCD may also help you reduce your premium, and we know that managing insurance costs is important to you. For your convenience, we have listed below the range of TCDs we currently offer customers.

If you're interested in adding a TCD or increasing the TCD currently on your policy, please contact your Allstate representative. Any TCD currently on your policy is listed on your Policy Declarations.

| Tropical Cyclone Deductible Options | Homeowners | Condominiums | Landlords |
|---|---|---|---|
| 1% | X | X | |
| 2% | X | X | x |
| 5% | X | X | x |
| 10% | X | X | x |

**Please Keep in Mind**
It's important to remember the potential consequences associated with making either of the policy changes described above. If you remove windstorm and hail coverage from your policy, your property would be without protection in the event of a windstorm. Increasing your Tropical Cyclone Deductible may save you money but would increase your out-of-pocket expenses in the event that you filed a property claim for tropical cyclone damage.

**Have Questions? Please Contact Us**
If you have any questions regarding this matter or your insurance coverage in general, please contact your Allstate representative. Thank you for choosing Allstate.

X72775

PRCP *0130018130337530162703DB*

# Allstate Property and Casualty Insurance Company

Policy Number:   9 21 999604 04/23        Your Agent:    The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

## *You May Qualify for Lower Rates with an Allstate Affiliate Company*

When you chose us for your property insurance, you chose our mix of price, service, and coverage over those of our competitors, and we thank you for the opportunity to serve you.

We want you to know that you may be able to save money on property insurance by switching to an affiliate Allstate company that uses a different rating plan. This rating plan was not available to you when you originally chose to insure with us.

### Additional Information About Our Affiliate Company

Our affiliate company uses a rating plan designed to compete with other insurance companies and win business in the marketplace with its mix of price, service, and coverage. The reason that Allstate has multiple companies is, in part, because introducing a new rating plan into the Allstate company that provides your current policy could potentially create price swings for you and/or other current customers—a situation we want to avoid as much as possible. By putting our new rating plan into our affiliated company, we were able to avoid these price swings for some of our current customers.

### Issues to Consider When Switching to an Allstate Affiliate Company

We don't know if you would save money by purchasing property insurance from our affiliate company. The rating plan our affiliate uses assigns rates, in part, based on current credit-based insurance scores, which we do not have for you.

We also want you to know that if you leave your current Allstate company and switch to our affiliate company, you will not be able to return to your current Allstate company as long as it continues its current policy of not accepting *new* customers. Our affiliate company, on the other hand, does accept new customers.

### Home Replacement Cost Estimating Tool Is Available

As you consider whether or not to switch to an Allstate affiliate company, keep in mind that there is a tool for estimating home replacement cost called Residential Component Technology ™ (RCT) that's available from Allstate Vehicle And Property Insurance Company.  This tool is designed to help insurers estimate the minimum amount for which the company will insure a home.

If you request a quote from Allstate Vehicle And Property Insurance Company, RCT will be used. If you continue insuring your home with your current company, you can request that RCT be used to estimate the replacement cost of your home. An RCT estimate requires you to provide information about the interior and exterior characteristics of your home.

# Allstate Property and Casualty Insurance Company

Policy Number:   9 21 999504 04/23      Your Agent:   The Buckner Agcy  (770) 996-3443
For Premium Period Beginning:    Apr. 23, 2013

And remember that your insurance limits must be at least as high as the minimum amount determined by your insurer (although they can be higher), regardless of the estimating tool used. It solely is up to you to consider whether your policy's coverage limits are appropriate for your needs.

### The Choice Is Yours

While we hope you're happy where you are, we encourage you to look into the rates and coverages offered by our affiliate company. You'll get great Allstate service from all of our affiliates, but each affiliate has its own mix of price and coverage, and you might save money with a different Allstate company. All you have to do is call your local Allstate agent to see if you qualify for insurance with our affiliated company, and then you can decide if a move is right for you.

Whatever you choose, we want to thank you again for looking to Allstate to protect what's important to you.

X73084

PROP  *01000101300753016270909*

# Allstate Property and Casualty Insurance Company Deluxe Plus Homeowners Policy

Effective: ////////////////

////////////////

Policy: (((((((((((((((

//////////////////////////////
(((((((((((((((((((((((((((((((((
(((((((((((((((((((((((((((((((
(((((((((((((((((((((((((((((((

Issued to:
)))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))

Allstate Property and Casualty Insurance Company
A Stock Company—Home Office: Northbrook, Illinois 60062



APC154

*Table of Contents*

## General

Definitions Used In This Policy ..................2
Insuring Agreement ...............................4
Agreements we Make With you ..................4
Conformity To State Statutes ....................4
Coverage Changes ...............................4
Policy Transfer ..................................4
Continued Coverage After your
Death ..........................................5
Cancellation ....................................5
Conditional Reinstatement .......................5
Concealment Or Fraud ...........................5
Charge For Insufficient Funds or
Closed Account ................................5
What Law Will Apply .............................6
Where Lawsuits May Be Brought .................6

## Section I – Your Property

### Coverage A
*Dwelling Protection*
Property We Cover Under
Coverage A ....................................6
Property We Do Not Cover Under
Coverage A ....................................6

### Coverage B
*Other Structures Protection*
Property We Cover Under
Coverage B ....................................6
Property We Do Not Cover Under
Coverage B ....................................7
Losses We Cover Under
Coverages A and B .............................7
Losses We Do Not Cover Under
Coverages A and B .............................7

### Coverage C
*Personal Property Protection*
Property We Cover Under
Coverage C ....................................9
Limitations On Certain Personal
Property ......................................10
Property We Do Not Cover Under
Coverage C ...................................11
Losses we Cover Under

Coverage C ....................................11
Losses we Do Not Cover Under
Coverage C ...................................13

## Additional Protection

Additional Living Expense .......................14
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit
Money .........................................14
Debris Removal .................................15
Emergency Removal Of Property .................15
Fire Department Charges .........................15
Temporary Repairs After A Loss .................15
Trees, Shrubs, Plants and Lawns ...............15
Temperature Change ............................16
Power Interruption ..............................16
Building Codes ..................................16
Arson Reward ...................................16
Collapse ........................................16
Land ...........................................17
Lock Replacement ...............................17

## Section I Conditions

Deductible ......................................17
Insurable Interest and Our Liability .............17
What you Must Do After A Loss .................17
Our Settlement Options .........................18
How we Pay For A Loss .........................18
Our Settlement Of Loss ........................20
Appraisal .......................................20
Abandoned Property ............................20
Permission Granted To you ......................20
Our Rights To Recover Payment .................21
Our Rights To Obtain Salvage ...................21
Suit Against Us .................................21
Loss To A Pair Or Set ..........................21
Glass Replacement .............................21
No Benefit To Bailee ............................21
Other Insurance ................................21
Property Insurance Adjustment .................21
Mortgagee ......................................22

**Section II—Family Liability and
Guest Medical Protection**

**Coverage X**
**Family Liability Protection**
    Losses We Cover Under
    Coverage X .............................................22
    Losses We Do Not Cover Under Coverage X 22

**Coverage Y**
**Guest Medical Protection**
    Losses We Cover Under
    Coverage Y .............................................24
    Losses We Do Not Cover Under Coverage Y 25

**Additional Protection**
    Claim Expenses ......................................26
    Emergency First Aid ................................26
    Damage To Property Of Others ..............26

**Section II Conditions**
    What You Must Do After An
    Accidental Loss .....................................27
    What An Injured Person Must Do—
    Coverage Y Guest Medical
    Protection ...............................................27
    Our Payment of Loss—Coverage Y—
    Guest Medical Protection ......................27
    Our Limits Of Liability ............................27
    Bankruptcy .............................................27
    Our Rights To Recover Payment—
    Coverage X—Family Liability
    Protection ...............................................28
    Suit Against Us .......................................28
    Other Insurance—Coverage X
    Family Liability Protection .....................28

**Section III—Optional Protection**

**Optional Coverages you May Buy**
    Coverage BP
    Increase Coverage On Business
    Property .................................................28
    Coverage DP
    Increased Coverage On Electronic
    Data Processing Equipment ..................28
    Coverage F

Fire Department Charges ............................28
Coverage G
Loss Assessments .......................................28
Coverage J
Extended Coverage On Jewelry, Watches
and Furs .......................................................29
Coverage K
Incidental Office, Private School
Or Studio ......................................................29
Coverage M
Increased Coverage On Money ...................30
Coverage P
Business Pursuits ........................................30
Coverage S
Increased Coverage On Securities .............30
Coverage SD
Satellite Dish Antenna Systems .................30
Coverage SE
Portable Cellular Communication
Systems ........................................................31
Coverage ST
Increased Coverage On Theft Of
Silverware ....................................................31

**Definitions Used In This Policy**

1.   "You" or "your"—means the person named on
    the Policy Declarations as the insured and that
    person's resident spouse.

2.   "Allstate," "we," "us," or "our"—means the
    company named on the Policy Declarations.

3.   "Insured person(s)"—means you and, if a
    resident of your household:
    a)  any relative; and
    b)  any dependent person in your care.

    Under Coverage X—Family Liability Protection
    and Coverage Y—Guest Medical Protection,
    "insured person" also means:
    c)  any person or organization legally
       responsible for loss caused by
       animals or watercraft covered by this
       policy which are owned by an
       insured person. We do not cover any
       person or organization using or
       having custody of animals or

watercraft in any business, or without permission of the owner.

d) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person**.

4. "**Bodily injury**" —means physical harm to the body, including sickness or disease, and resulting death, except that bodily injury does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y—Guest Medical Protection**, bodily injury means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "**Building structure**" —means a structure with walls and a roof.

6. "**Business**" —means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **Insured person** or relative of an **Insured person** for economic gain is also a **business**.

However, the mutual exchange of home day care services is not considered a **business**;
   b) any property rented or held for rental by an **insured** person. Rental of your **residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. "**Residence premises**" —means the dwelling, other structures and land located at the address stated on the Policy Declarations.

8. "**Insured premises**" —means:
   a) the **residence premises** ; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by you as a residence. This includes premises, structures and grounds you acquired for your use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured** person but where an **Insured** person is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured** person;
      4) vacant land, other than farmland, owned by or rented to an **insured** person;
      5) land owned by or rented to an **insured** person where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured** person in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured** person for other than **business** purposes.

Page 3

9. "Occurrence" —means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in bodily injury or property damage.

10. "Property damage" —means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "Residence employee" —means an employee of an insured person while performing duties arising out of and in the course of employment in connection with the maintenance or use of your residence premises. This includes similar duties performed elsewhere for an insured person, not in connection with the business of an insured person.

12. "Dwelling" —means a one, two, three or four family building structure, identified as the insured property on the Policy Declarations, where you reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information you have given us, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, you must pay the premium when due and comply with the policy terms and conditions, and inform us of any change in title, use or occupancy of the residence premises.

Subject to the terms of this policy, the Policy Declarations shows the location of the residence premises , applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as you or

your. This means that the responsibilities, acts and omissions of a person defined as you or your will be binding upon any other person defined as you or your.

The terms of this policy impose joint obligations on persons defined as an insured person. This means that the responsibilities, acts and failures to act of a person defined as an insured person will be binding upon another person defined as an insured person.

## Agreements We Make With You

We make the following agreements with you:

### Conformity to State Statutes

When the policy provisions conflict with the statutes of the state in which the residence premises is located, the provisions are amended to conform to such statutes.

### Coverage Changes

When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly during the policy period.

Any calculation of your premium or changes in your coverage will be made using the rules, rates and forms on file, if required, for our use in your state. The rates in effect at the beginning of your current premium period will be used to calculate any change in your premium.

### Policy Transfer

You may not transfer this policy to another person without our written consent.

Page 4

### Continued Coverage After your Death

If you die, coverage will continue until the end of the premium period for:
1) your legal representative while acting as such, but only with respect to the residence premises and property covered under this policy on the date of your death.
2) an insured person, and any person having proper temporary custody of your property until a legal representative is appointed and qualified.

### Cancellation

**Your Right to Cancel:**
You may cancel this policy by notifying us of the future date you wish to stop coverage.

**Our Right to Cancel:**
Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason by giving you at least 10 days notice before the cancellation takes effect.

When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons:
1) Non-payment of premium;
2) the policy was obtained by misrepresentation, fraud or concealment of material facts;
3) material misrepresentation, fraud or concealment of material facts in presenting a claim, or violation of any of the policy terms; or
4) there has been a substantial change or increase in hazard in the risk we originally accepted.

If the cancellation is for non-payment of premium, we will give you at least 10 days notice. If the cancellation is for either of the other reasons, we will give you at least 30 days notice.

Our mailing the notice of cancellation to you by first class mail will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. Delivery of the notice by us shall be equivalent to mailing. Your return premium, if any,

will be calculated on a pro rata basis and refunded on or before the cancellation date, or, if an audit or rate investigation is required within 30 days after the conclusion of the audit or rate investigation. However, refund of unearned premium is not a condition of cancellation.

Notice of the cancellation of a policy protecting the interest of any lienholder shall be delivered or mailed to the last address of record shown in the policy. This notice shall state when, not less than 30 days or such longer period as may be provided in the contract or by the statute, the cancellation shall become effective.

**Our Right Not to Continue or Renew:**
Allstate has the right not to renew or continue the policy beyond the current premium period. If we don't intend to continue or renew the policy, we will mail you notice by first class mail at least 30 days before the end of the premium period. Our mailing notice of non-renewal to you will be deemed to be proof of notice.

### Conditional Reinstatement

If we mail a cancellation notice because you didn't pay the required premium when due and you then tender payment by check, draft, or other remittance which is not honored upon presentation, your policy will terminate on the date and time shown on the cancellation notice and any notice we issue which waives the cancellation or reinstates coverage is void. This means that Allstate will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

### Concealment Or Fraud

We do not cover any loss or occurrence in which any insured person has concealed or misrepresented any material fact or circumstance.

### Charge For Insufficient Funds Or Closed Account

If at any time, your payment of any premium amount due is made by check, electronic transaction, or other remittance which is not honored because of insufficient funds or a closed account, you will be charged a fee.

## What Law Will Apply

This policy is issued in accordance with the laws of Georgia and covers property or risks principally located in Georgia. Subject to the following paragraph, the laws of Georgia shall govern any and all claims or disputes in any way related to this policy.

If a covered loss, or any other occurrence for which coverage applies under this policy, happens outside Georgia, claims or disputes regarding that covered loss or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Georgia. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Georgia, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss, or any other occurrence for which coverage applies under this policy, happens outside Georgia, lawsuits regarding that covered loss or any other covered occurrence may also be brought in the judicial district where that covered loss or any other covered occurrence happened.

Nothing in this provision, Where Lawsuits May Be Brought, shall impair any party's right to remove a state court lawsuit to a federal court.

## Section I—Your Property

### Coverage A
### Dwelling Protection

### Property We Cover Under Coverage A:

1. Your dwelling including attached structures. Structures connected to your dwelling by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the residence premises for use in connection with your dwelling.

3. Wall-to-wall carpeting fastened to your dwelling.

### Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under Coverage B—Other Structures Protection.

2. Land, except as specifically provided in Section I—Additional Protection under item 13, "Land."

3. Satellite dish antennas and their systems, whether or not attached to your dwelling.

### Coverage B
### Other Structures Protection

### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from your dwelling by clear space.

2. Structures attached to your dwelling by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the residence premises for use in connection with structures other than your dwelling.

4. Wall-to-wall carpeting fastened to other building structures.

*Property We Do Not Cover Under
Coverage B:*

1. Structures used in whole or in part for business purposes.

2. Any structure or other property covered under **Coverage A—Dwelling Protection.**

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the residence premises for use in connection with the dwelling.

5. Satellite dish antennas and their systems, whether or not attached to building structures.

*Losses We Cover Under Coverages A
and B:*

We will cover sudden and accidental direct physical loss to property described in **Coverage A —Dwelling Protection and Coverage B —Other Structures Protection** except as limited or excluded in this policy.

*Losses We Do Not Cover Under Coverages
A and B:*

We do not cover loss to the property described in **Coverage A —Dwelling Protection or Coverage B Other Structures Protection** consisting of or caused by:

1. Flood, including, but not limited to, surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises.**

   We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

   We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or other land at the residence premises, except as Specifically provided in Section I, **Additional Protection** under item 10, — "Building Codes".

   We do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to preserve property when the property is endangered by a cause of loss we cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person.**

Page 7

9.  Intentional or criminal acts of or at the direction of any insured person, if the loss that occurs:

    a)  may be reasonably expected to result from such acts; or

    b)  is the intended result of such acts.

This exclusion applies regardless of whether or not the insured person is actually charged with, or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

12. Collapse, except as specifically provided in Section I — Additional Protection under item 12, "Collapse."

13. Soil conditions, including but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

14. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

In addition, we do not cover loss consisting of or caused by any of the following:

15. a)  wear and tear, aging, marring, scratching deterioration, inherent vice, or latent defect;

    b)  mechanical breakdown;

    c)  growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

d)  rust or other corrosion, mold, wet or dry rot;

e)  contamination, including, but not limited to the presence of toxic, noxious, or hazardous gasses, chemicals, liquids, solids or other substances at the residence premises or in the air, land or water serving the residence premises;

f)  smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;

g)  settling; cracking; shrinking; bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;

h)  insects, rodents, birds or domestic animals. We do cover the breakage of glass or safety glazing materials caused by birds; or

i)  seizure by government authority.

If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within your dwelling, we cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of your dwelling necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building structure is vacant, unoccupied or being constructed unless you have used reasonable care to:

a)  maintain heat in the building structure; or

b)  shut off the water supply and drain the system and appliances.

Page 8

17. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

18. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
    a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or
    b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

19. Theft from your residence premises while your dwelling is under construction, or of materials and supplies for use in construction, until your dwelling is completed and occupied.

20. Vandalism or Malicious Mischief if your dwelling is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant or unoccupied.

21. We do not cover loss to covered property described in Coverage A—Dwelling Protection and Coverage B—Other Structures Protection caused by or consisting of any of the following. However, any ensuing loss to covered property described in "Losses We Do Not Cover Under Coverages A and B" not excluded or excepted in this policy is covered.

    a) Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in this section to produce a loss;
    b) acts or decision, including the failure to act or decide, or any person, group, organization or governmental body;

    c) faulty, inadequate or defective:
       1) planning, zoning, developing, surveying, siting;
       2) designing, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
       3) materials used in repair, construction, renovation or remodeling; or
       4) maintenance

       of part or all of any property whether on or off the residence premises.

22. Windstorm or hail to the following property:
    a) cloth awnings and their frames;
    b) fences;
    c) seawalls, property lines and similar walls;
    d) greenhouses, hothouses, slathouses, trellises, pergolas, cabanas and outdoor equipment pertaining to service the residence premises; or
    e) wharves, docks, piers, boathouses, bulkheads, or other structures located over or partially over water. Other property in or on these structures is not covered for loss by windstorm or hail.

### Coverage C
### Personal Property Protection

#### Property We Cover Under Coverage C:
1. Personal property owned or used by an insured person anywhere in the world. When personal property is located at a residence other than the residence premises, coverage is limited to 10% of Coverage C—Personal Property Protection. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after you begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At your option, personal property owned by a guest or residence employee while the property is in a residence you are occupying.

Page 9

## Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C — Personal Property Protection.** The total amount of coverage for each group in any one loss is as follows:

1. $ 200  — Money, bullion, bank notes, coins and other numismatic property.

2. $ 200  — Property used or intended for use in a business while the property is away from the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $ 2,000  — Property used or intended for use in a business, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $ 1,000  — Trading cards, subject to a maximum amount of $250 per item.

5. $ 1,000  — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $ 1,000  — Manuscripts, including documents stored on electronic media.

7. $ 2,000  — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

8. $ 1,000  — Trailers not used with watercraft.

9. $ 2,500  — Theft of jewelry, watches, recious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value; subject to a maximum amount of $1,000 per item.

10. $ 2,000  — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $ 3,000  — Theft of firearms. Firearms will include guns, holsters, and scopes.

12. $ 2,500  — Theft of silverware, pewterware and goldware.

13. $ 5,000  — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business.** Recording or storage media will be covered only up to:
    a) the retail value of the media, if pre-programmed; or
    b) or the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $ 10,000  — Theft of rugs, including, but not limited to, any handwoven silk or wool rug, carpet, tapestry, wallhanging or other similar article whose principal value is

Page 10

determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

## Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. We do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. We do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the insured premises and not licensed for use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, tenants not related to an insured person.

6. Property located away from the residence premises and rented or held for rental to others.

7. Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

8. Satellite dish antennas and their systems.

## Losses We Cover Under Coverage C:

We will cover sudden and accidental direct physical loss to the property described in **Coverage C — Personal Property Protection**, except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   We do not cover:
   a) loss to covered property inside a building structure, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the opening;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed building structure. However, we do cover canoes and rowboats on the **residence premises**;
   c) loss to the following property:
      1) cloth awnings and their frames;
      2) fences;
      3) seawalls, property lines and similar walls;
      4) greenhouses, hothouses, slathouses, trellises, pergolas, cabanas and outdoor equipment pertaining to service the **residence premises**; or
      5) wharves, docks, piers, boathouses, bulkheads, or other structures located over or partially over water. Other property in or on these structures is not covered for loss by windstorm or hail.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

Page 11

7. Smoke.

   We do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief.

   We do not cover vandalism or malicious mischief if your dwelling has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9. Falling objects.

   We do not cover loss to personal property inside a building structure unless the falling object first damages the exterior walls or roof of the **building structure.**

10. Weight of ice, snow or sleet which causes damage to personal property in a **building structure**, but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Increase or decrease of artificially generated electrical current to electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental discharge or overflow.

    We do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system or a household appliance.

    We do not cover loss at the **residence premises** under perils (12), (13), and (14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless you have used reasonable care to:
    a) maintain heat in the **building structure** ; or
    b) shut off the water supply and drain the water from the systems and appliances.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

    We do not cover:
    a) theft or attempted theft committed by an **insured person;**
    b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the dwelling is completed and occupied;
    c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
    d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises;**
    e) theft from that part of the **residence premises** rented by you to other than an **insured person.**

Page 12

16. Breakage of glass, meaning damage to covered personal property caused by breakage of glass constituting a part of any building structure on the residence premises. This does not include damage to the glass.

## Losses We Do Not Cover Under Coverage C:

We do not cover loss to the property described in Coverage C — Personal Property Protection caused by or consisting of:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the residence premises.

   We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

   We do cover sudden and accidental direct physical loss caused by fire,

explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any building structure or other structure at the residence premises, except as specifically provided in Section I, Additional Protection under item 10 — "Building Codes."

   We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7. The failure by any insured person to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss we cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an insured person.

9. Intentional or criminal acts of or at the direction of any insured person, if the loss that occurs:
   a)  may be reasonably expected to result from such acts; or
   b)  is the intended result of such acts.

   This exclusion applies regardless of whether or not the insured person is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

   We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

Page 13

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. We do not cover loss to covered property described in Coverage C — Personal Property Protection caused by or consisting of any of the following. However, any ensuing loss to covered property described in "Losses We Do Not Cover Under Coverage C" not excluded or excepted in this policy is covered.

   a) Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in this section to produce a loss;

   b) acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

   c) faulty, inadequate or defective:
      1) planning, zoning, developing, surveying, siting;
      2) designing, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      3) materials used in repair, construction, renovation or remodeling; or
      4) maintenance

      of part or all of any property whether on or off the residence premises.

## Additional Protection

1. Additional Living Expense
   a) We will pay the reasonable increase in living expenses necessary to maintain your normal standard of living when a direct physical loss we cover makes your residence premises uninhabitable.

Payment for covered additional living expense will be limited to the least of the following:
   1) the time period required to repair or replace the property we cover, using due diligence and dispatch; or
   2) if you permanently relocate, the shortest time for your household to settle elsewhere;
   3) 12 months.

   b) We will pay your lost fair rental income resulting from a covered loss, less charges and expenses which do not continue, when a loss we cover makes the part of the residence premises you rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months.

   c) We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the residence premises due to a loss at a neighboring premises caused by a peril we insure against.

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money
   We will pay for loss:
   a) that an insured person is legally required to pay for the unauthorized use of any credit card or bank fund transfer card issued to or registered in the name of an insured person;
   b) caused by forgery or alteration of a check or negotiable instrument made

Page 14

or drawn upon an insured person's account;

c)   to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

Our maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

We do not cover:

a)   loss arising from any **business** of an **insured person**;

b)   loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card or bank fund transfer card;

c)   loss arising out of dishonesty of an **insured person**.

When loss is discovered, the **insured person** must give us immediate written notice. If the loss involves a credit card, charge plate or bank fund transfer card, the **insured person** must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

We will pay only for loss occurring during the policy period, including those losses discovered and reported to us within one year after the policy has terminated. We have the right to investigate and settle any claim or suit as we deem appropriate. Full payment of the amount of insurance for any one loss ends our obligation under each claim or suit arising from the loss.

We will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at our expense, with counsel of our choice.

We have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at our expense, with counsel of our choice.

No deductible applies to this protection.

3.   **Debris Removal**
We will pay reasonable expenses you incur to remove debris of covered property damaged by a loss we cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, we will pay up to an additional 5% of that limit for debris removal.

4.   **Emergency Removal Of Property**
We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss we cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5.   **Fire Department Charges**
We will pay up to $500 for service charges made by fire departments called to protect your property from a loss we cover at the **residence premises** . No deductible applies to this protection.

6.   **Temporary Repairs After A Loss**
We will reimburse you up to $5,000 for the reasonable and necessary cost you incur for temporary repairs to protect covered property from further imminent covered loss following a loss we cover. This coverage does not increase the limit of liability applying to the property being repaired.

7.   **Trees, Shrubs, Plants and Lawns**
We will pay up to 5% of the limit of liability shown on the Policy Declarations under **Coverage A-Dwelling Protection** for loss to

Page 15

trees, shrubs, plants and lawns at the address of the **residence premises**. We will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief, theft or collapse of a **building structure** or any part of a **building structure**.

We will pay up to $500 for reasonable expenses you incur for the removal of debris of trees at the address of the **residence premises** to: direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A—Dwelling Protection**.

We do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8. **Temperature Change**
We will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure**.

This coverage does not increase the limit of liability applying to the damaged property.

9. **Power Interruption**
We will pay for loss to the contents of freezers and refrigerated units on the **residence premises** caused by the interruption of power which occurs off the **residence premises**. If a power interruption is known to an **insured** person, all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

10. **Building Codes**
We will pay up to 10% of the amount of insurance shown on the Policy Declarations under **Coverage A—Dwelling Protection** to comply with local building codes after a covered loss to the dwelling and when repair or replacement results increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

The amount of insurance provided by this endorsement is a separate limit of liability, and is the maximum we will pay for any one loss. Coverage only applies to that portion of the **dwelling** that was damaged due to a covered loss.

11. **Arson Reward**
We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

12. **Collapse**
We will cover:
a) the entire collapse of a covered **building structure**;
b) the entire collapse of part of a covered **building structure**; and
c) direct physical loss to covered property caused by (a) or (b) above.

For coverage to apply, the collapse of a **building structure** specified in (a) or (b) above must be a sudden and accidental direct physical loss caused by one or more of the following:
a) a loss we cover under **Section I, Coverage C—Personal Property Protection**;
b) hidden decay of the **building structure**;
c) hidden damage to the **building structure** caused by insects or vermin;
d) weight of persons, animals, equipment or contents;

Page 16

e)  weight of rain or snow which
    collects on a roof;
f)  defective methods or materials used in
    construction, repair, remodeling or
    renovation, but only if the collapse
    occurs in the course of such
    construction, repair, remodeling or
    renovation.

Collapse as referenced herein, means actually
falling down, falling into pieces, or otherwise
losing its original constructed form. It does not
include settling, cracking, shrinking, bulging,
expansion, sagging, or bowing. Furthermore,
collapse does not include or mean substantial
structural impairment or imminent collapse.

Sudden, as used herein, means not only
unexpected, but also instantaneous.

This protection does not change the limit of
liability that applies to the covered property.

13. **Land**
    If a sudden and accidental direct physical
    loss results in both a covered loss to the
    dwelling, other than the breakage of glass or
    safety glazing material, and a loss of land
    stability, we will pay up to $10,000 as an
    additional amount of insurance for repair
    costs associated with the land. This includes
    the costs required to replace, rebuild,
    stabilize or otherwise restore the land
    necessary to support that part of the
    dwelling sustaining the covered loss.

    The Section I—Losses We Do Not Cover
    Under Coverages A and B reference to
    earth movement does not apply to the loss
    of land stability provided under this
    Additional Protection.

14. **Lock Replacement**
    **Coverage A—Dwelling Protection** is
    extended to include reasonable expenses
    you incur to replace or re-key exterior door
    locks at the residence premises with locks
    or cylinders of like kind and quality.
    Coverage is provided when a key to a lock is
    stolen as part of a covered theft loss. The

limit of liability under this coverage following
any one theft loss is $500.

## Section I Conditions

1.  **Deductible**
    We will pay when a covered loss exceeds the
    deductible shown on the Policy Declarations.
    We will then pay only the excess amount,
    unless we have indicated otherwise in this
    policy.

2.  **Insurable Interest and Our Liability**
    In the event of a covered loss, we will not pay
    for more than an insured person's insurable
    interest in the property covered, nor more than
    the amount of coverage afforded by this policy.

3.  **What you Must Do After A Loss**
    In the event of a loss to any property that may
    be covered by this policy, you must:
    a)  promptly give us or our agent notice.
        Report any theft to the police as soon
        as possible. If the loss involves a credit
        card, charge plate or bank fund
        transfer card, give written notice to the
        company or bank that issued the card
        or plate.
    b)  protect the property from further loss.
        Make any reasonable repairs
        necessary to protect it. Keep an
        accurate record of any repair
        expenses.
    c)  separate damaged from undamaged
        personal property. Give us a detailed
        list of the damaged, destroyed or
        stolen property, showing the quantity,
        cost, actual cash value and the
        amount of loss claimed.
    d)  give us all accounting records, bills,
        invoices and other vouchers, or
        certified copies, which we may
        reasonably request to examine and
        permit us to make copies.
    e)  produce receipts for any increased
        costs to maintain your standard of
        living while you reside elsewhere,

and records supporting any claim for loss of rental income.

f) as often as we reasonably require:

1) show us the damaged property.

2) at our request, submit to examinations under oath, separately and apart from any other person defined as you or insured person and sign a transcript of the same.

3) produce representatives, employees, members of the insured's household or others to the extent it is within the insured person's power to do so; and

g) within 60 days after the loss, give us a signed, sworn proof of the loss. This statement must include the following information:

1) the date, time, location and cause of loss;

2) the interest insured persons and others have in the property, including any encumbrances;

3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;

4) any other insurance that may cover the loss;

5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period;

6) at our request, the specifications of any damaged building structure or other structure;

7) evidence supporting any claim under the Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money protection. State the cause and amount of loss.

4. **Our Settlement Options**

In the event of a covered loss, we have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or

b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5 "How We Pay For a Loss."

Within 30 days after we receive your signed, sworn proof of loss we will notify you of the option or options we intend to exercise.

5. **How We Pay For A Loss**

Under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection and Coverage C—Personal Property Protection, payment for covered loss will be by one or more of the following methods:

a) Special Payment. At our option, we may make payment for a covered loss before you repair, rebuild or replace the damaged, destroyed or stolen property if:

1) the whole amount of loss for property covered under **Coverage A —Dwelling Protection** and **Coverage B—Other Structures Protection**, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building structure Reimbursement provision, or;

2) the whole amount of loss for property covered under **Coverage C —Personal Property Protection** without deduction for depreciation, is less than $2,500 and if your Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If you do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy

Page 18

Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

You may make claim for additional payment as described in paragraph "c" and paragraph "d", if you repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

c) Building structure Reimbursement. Under Coverage A—Dwelling Protection and Coverage B—Other Structures Protection, we will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a building structure (s) damaged by a covered loss.

Building structure Reimbursement will not exceed the smallest of the following amounts:
1) the replacement cost of the part(s) of the building structure(s) for equivalent construction for similar use on the same residence premises;
2) the amount actually and necessarily spent to repair or replace the damaged building structure(s) with equivalent construction for similar use on the same residence premises; or
3) the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building

structure(s) and structures other than building structure(s) involved in the loss.

If you replace the damaged building structure(s) at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building structure Reimbursement described above. The amount payable under Building structures Reimbursement described above does not include the value of any land associated with the replacement structure(s).

Building structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to building structures and the smallest of 1), 2) or 3) above.

Building structure Reimbursement will not apply to:
1) property covered under Coverage C—Personal Property Protection;
2) property covered under Coverage B—Other Structures Protection that is not a building structure;
3) wall-to-wall carpeting, fences, awnings and outdoor antennas whether or not fastened to a building structure; or
4) land.

Payment under "a", "b", or "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of building structures or other structures except as provided under Section I, Additional Protection 10,—Building Codes.

d) Personal Property Reimbursement. Under Coverage C—Personal Property

Page 19

Protection, we will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:
1) the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;
2) the cost of repair or restoration; or
3) the limit of liability shown on the Policy Declarations for **Coverage C —Personal Property Protection**, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:
1) property insured under **Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection**, except wall-to-wall carpeting;
2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;
3) articles whose age or history contribute substantially to their value. This includes, but is not limited to memorabilia, souvenirs and collector's items; or
4) property that was obsolete or unusable for the originally intended

purpose because of age or condition prior to the loss.

6. **Our Settlement Of Loss**
We will settle any covered loss with you unless another payee is named in the policy. We will settle within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between you and us, an appraisal award, or a court judgment.

7. **Appraisal**
If you and we fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to you and to us the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an insured person.

9. **Permission Granted To you -**
a) The residence premises may be vacant or unoccupied for any length of

Page 20

time, except where a time limit is indicated in this policy for specific perils. A building structure under construction is not considered vacant.

b) **You** may make alterations, additions or repairs, and you may complete structures under construction.

10. **Our Rights To Recover Payment**
When we pay for any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them. You may waive your rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**
We have the option to take all or any part of the damaged or destroyed covered property upon replacement by us or payment of the agreed or appraised value.

We will notify you of our intent to exercise this option within 30 days after we receive your signed, sworn proof of loss.

When we settle any loss caused by theft or disappearance, we have the right to obtain all or part of any property which may be recovered. An insured person must protect this right and inform us of any property recovered. We will inform you of our intent to exercise this right within 10 days of your notice of recovery to us.

12. **Suit Against Us**
No suit or action may be brought against us unless there has been full compliance with all policy terms. Any suit or action must be brought within one year after the inception of loss or damage.

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, we may:

a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or

b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
This insurance will not benefit any person or organization who may be caring for or handling your property for a fee.

16. **Other Insurance**
If both this insurance and other insurance apply to a loss, we will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**
When the Policy Declarations indicates that the Property Insurance Adjustment Condition applies:

The limit of liability shown on the Policy Declarations for Coverage A—Dwelling Protection will be revised at each policy anniversary to reflect the rate of change in the Index identified on the Policy Declarations.

The limit of liability for Coverage A—Dwelling Protection for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1,000.

Adjustment in the limit of liability for Coverage A—Dwelling Protection will result in an adjustment in the limit of liability for Coverage

Page 21

B—Other Structures Protection and Coverage C—Personal Property Protection in accordance with the Allstate manual of Rules and Rates.

We will not reduce the limit of liability shown on the Policy Declarations without your consent.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by Allstate at the time a change in limits is made.

Allstate has the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving you at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by Allstate in your state.

18. **Mortgagee**
A covered loss will be payable to the mortgagees named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgages.

We will:
a) protect the mortgagee's interest in a covered building structure in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
b) give the mortgagee at least 10 days notice if we cancel this policy.

The mortgagee will:
a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;
b) pay upon demand any premium due if an **insured person** fails to do so;

c) notify us in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;
d) give us the mortgagee's right of recovery against any party liable for loss; and
e) after a loss, and at our option, permit us to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgage interest provision shall apply to any trustee or loss payee or other secured party.

## Section II—Family Liability and Guest Medical Protection

### Coverage X
### Family Liability Protection

**Losses We Cover Under Coverage X:**
Subject to the terms, conditions and limitations of this policy, Allstate will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy. We may investigate or settle any claim or suit for covered damages against an **insured person**. If an **insured person** is sued for these damages, we will provide a defense with counsel of our choice, even if the allegations are groundless, false or fraudulent. We are not obligated to pay any claim or judgment after we have exhausted our limit of liability.

**Losses We Do Not Cover Under Coverage X:**
1. We do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional act or acts or omissions of, any **insured person**, which are crimes pursuant to the Georgia Criminal Code. However, this exclusion shall not apply if such act or omission was for the preservation of life or property. This exclusion applies even if:

Page 22

a) such insured person lacks the mental capacity to appreciate the criminal nature or wrongfulness of the act or omission or to conform his or her conduct to the requirements of the law or to form the necessary intent under the law;

b) such bodily injury or property damage is of a different kind or degree than that intended or reasonably expected; or

c) such bodily injury or property damage is sustained by a different person than intended or reasonably expected.

This exclusions applies regardless of whether or not such insured person is actually charged with, or convicted of a crime.

2. We do not cover bodily injury to an insured person or property damage to property owned by an insured person whenever any benefit of this coverage would accrue directly or indirectly to an insured person.

3. We do not cover bodily injury to any person eligible to receive benefits required to be provided or voluntarily provided by an insured person under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:

   a) a motor vehicle in dead storage or used exclusively on an insured premises;

   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an insured person and is being used away from an insured premises;

   c) a motorized wheel chair;

d) a vehicle used to service an insured premises which is not designed for use on public roads and not subject to motor vehicle registration;

e) a golf cart owned by an insured person when used for golfing purposes;

f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;

g) lawn and garden implements under 40 horsepower;

h) bodily injury to a residence employee.

6. We do not cover bodily injury or property damage arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an insured premises if the watercraft:

   a) has inboard or inboard-outboard motor power of more than 50 horsepower;

   b) is a sailing vessel 26 feet or more in length;

   c) is powered by one or more outboard motors with more than 25 total horsepower;

   d) is designated as an airboat, air cushion, or similar type of watercraft; or

   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to bodily injury to a residence employee.

7. We do not cover bodily injury or property damage arising out of:

   a) the negligent supervision by an insured person of any person; or

   b) any liability statutorily imposed on any insured person

arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motor vehicle or trailer which is not covered under Section II of this policy.

Page 23

8.  We do not cover any bodily injury which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

    We do cover bodily injury which results from such discharge if the discharge is sudden and accidental.

9.  We do not cover any property damage consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

    We do cover property damage which results from such discharge if the discharge is sudden and accidental.

10. We do not cover any bodily injury or property damage arising out of any liability statutorily imposed upon any insured person in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

    We do cover bodily injury or property damage which results from such discharge if the discharge is sudden and accidental.

10. We do not cover bodily injury or property damage arising out of the rendering of, or failure to render, professional services by an insured person.

12. We do not cover bodily injury or property damage arising out of the past or present business activities of an insured person.

    We do cover the occasional or part-time business activities of an insured person who is a student under 21 years of age.

13. We do not cover bodily injury or property damage arising out of any premises, other than an insured premises, owned, rented or

controlled by an insured person. This exclusion does not apply to bodily injury to a residence employee.

14. We do not cover property damage to property rented to, occupied or used by, or in the care of, an insured person. This exclusion does not apply if the property damage is caused by fire, explosion or smoke.

15. We do not cover any liability an insured person assumes arising out of any contract or agreement.

16. We do not cover bodily injury or property damage caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:

Allstate will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance; hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an occurrence causing bodily injury to which this policy applies, and is covered by this part of the policy.

Each person who sustains bodily injury is entitled to this protection when that person is:
1.  on the insured premises with the permission of an insured person; or
2.  off the insured premises, if the bodily injury:
    a)  arises out of a condition on the insured premises or immediately adjoining ways;
    b)  is caused by the activities of an insured person or a residence employee;
    c)  is caused by an animal owned by or in the care of an insured person; or
    d)  is sustained by a residence employee.

Page 24

## Losses We Do Not Cover Under Coverage Y:

1. We do not cover any bodily injury or property damage intended by, or which may reasonably be expected to result from the intentional act or acts or omissions of, any insured person, which are crimes pursuant to the Georgia Criminal Code. However, this exclusion shall not apply if such act or omission was for the preservation of life or property. This exclusion applies even if:

   a) such insured person lacks the mental capacity to appreciate the criminal nature or wrongfulness of the act or omission or to conform his or her conduct to the requirements of the law or to form the necessary intent under the law;

   b) such bodily injury or property damage is of a different kind or degree than that intended or reasonably expected; or

   c) such bodily injury or property damage is sustained by a different person than intended or reasonably expected.

   This exclusions applies regardless of whether or not such insured person is actually charged with, or convicted of a crime.

2. We do not cover bodily injury to any insured person or regular resident of the insured premises. However, this exclusion does not apply to a residence employee.

3. We do not cover bodily injury to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:

   a) a motor vehicle in dead storage or used exclusively on an insured premises;

   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an insured person and is being used away from an insured premises;

   c) a motorized wheel chair;

   d) a vehicle used to service an insured premises which is not designed for use on public roads and not subject to motor vehicle registration;

   e) a golf cart owned by an insured person when used for golfing purposes;

   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;

   g) lawn or garden implements under 40 horsepower;

   h) bodily injury to a residence employee.

6. We do not cover bodily injury arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an insured premises if the watercraft:

   a) has inboard or inboard-outboard motor power of more than 50 horsepower;

   b) is a sailing vessel 26 feet or more in length;

   c) is powered by one or more outboard motors with more than 25 total horsepower;

   d) is designated as an airboat, air cushion, or similar type of watercraft; or

   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to bodily injury to a residence employee.

7.  We do not cover bodily injury arising out of:
    a)  the negligent supervision by any insured person of any person; or
    b)  any liability statutorily imposed on any insured person

    arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8.  We do not cover any bodily injury which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

    We do cover bodily injury which results from such discharge if the discharge is sudden and accidental.

9.  We do not cover bodily injury arising out of the rendering of, or failure to render professional services by, an insured person.

10. We do not cover bodily injury arising out of the past or present business activities of an insured person.

    We do cover the occasional or part-time business activities of an insured person who is a student under 21 years of age.

11. We do not cover bodily injury to any person on the insured premises because of a business activity or professional service conducted there.

12. We do not cover bodily injury arising out of any premises, other than an insured premises, owned, rented or controlled by an insured person. This exclusion does not apply to bodily injury to a residence employee.

11. We do not cover bodily injury caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

### Additional Protection

We will pay, in addition to the limits of liability:
1.  **Claim Expenses**
    We will pay:
    a)  all costs we incur in the settlement of any claim or the defense of any suit against an insured person;
    b)  interest accruing on damages awarded until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy; interest will be paid only on damages which do not exceed our limits of liability;
    c)  premiums on bonds required in any suit we defend; we will not pay bond premiums in an amount that is more than our limit of liability; we have no obligation to apply for or furnish bonds;
    d)  up to $250 per day for loss of wages and salary, when we ask you to attend trials and hearings;
    e)  any other reasonable expenses incurred by an insured person at our request.

2.  **Emergency First Aid**
    We will pay reasonable expenses incurred by an insured person for first aid to other persons at the time of an accident involving bodily injury covered under this policy.

3.  **Damage To Property Of Others**
    At your request, we will pay up to $1,000 each time an insured person causes property damage to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an insured person, without deduction for depreciation. We will not pay for property damage:
    a)  to property covered under Section I of this policy;
    b)  to property intentionally damaged by an insured person who has attained the age of 13;
    c)  to property owned by or rented to an insured person, any tenant of an

insured person, or any resident in your household; or
d) arising out of:
   1) past or present business activities;
   2) any act or omission in connection with a premises, other than an insured premises, owned, rented or controlled by an insured person; or
   3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of bodily injury or property damage, you must do the following:
   a) Promptly notify us or our agent stating:
      1) your name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an insured person;
      4) the names and addresses of any witnesses.
   b) Promptly send us any legal papers relating to the accident.
   c) At our request, an insured person will:
      1) cooperate with us and assist us in any matter concerning a claim or suit;
      2) help us enforce any right of recovery against any person or organization who may be liable to an insured person;
      3) attend any hearing or trial.
   d) Under the Damage to Property of Others protection, give us a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an insured person must be prepared to show us any damaged property under that person's control.

   Any insured person will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do—Coverage Y—Guest Medical Protection**
   If someone is injured, that person, or someone acting for that person, must do the following:
   a) Promptly give us written proof of the loss. If we request, this must be done under oath.
   b) Give us written authorization to obtain copies of all medical records and reports.
   c) Permit doctors we select to examine the injured person as often as we may reasonably require.

3. **Our Payment Of Loss—Coverage Y—Guest Medical Protection**
   We may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by us or an insured person.

4. **Our Limits Of Liability**
   Regardless of the number of insured persons, injured persons, claims, claimants or policies involved, our total liability under Coverage X—Family Liability Protection for damages resulting from one occurrence will not exceed the limit shown on the Policy Declarations. All bodily injury and property damage resulting from continuous or repeated exposure to the same general conditions is considered the result of one occurrence.

   Our total liability under Coverage Y—Guest Medical Protection for all medical expenses payable for bodily injury, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
   We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an insured person.

Page 27

6.  Our Rights to Recover Payment — Coverage X —
    Family Liability Protection
    When we pay any loss, an insured person's
    right to recover from anyone else becomes
    ours up to the amount we have paid. An
    insured person must protect these rights
    and help us enforce them.

7.  Suit Against Us
    a)  No suit or action can be brought
        against us unless there has been full
        compliance with all the terms of this
        policy.
    b)  No suit or action can be brought against
        us under Coverage X — Family Liability
        Protection until the obligation of an
        insured person to pay is finally
        determined either by judgment against
        the insured person after actual trial, or by
        written agreement of the insured person,
        injured person, and us.
    c)  No one shall have any right to make us
        a party to a suit to determine the liability
        of an insured person.

8.  Other Insurance — Coverage X — Family
    Liability Protection
    This insurance is excess over any other
    valid and collectible insurance except
    insurance that is written specifically as
    excess over the limits of liability that apply
    to this policy.

## Section III— Optional Protection

### Optional Coverages You May Buy
The following Optional Coverages may supplement
coverages found in Section I or Section II and apply
only when they are indicated on the Policy
Declarations. The provisions of this policy apply to
each Optional Coverage in this section unless
modified by the terms of the specific Optional
Coverage.

1.  Coverage BP
    Increased Coverage On Business Property
    The $2,000 limitation on business property
    located on the residence premises, under
    Coverage C — Personal Property Protection, is

increased to the amount shown on the Policy
Declarations. This increased coverage includes
property held as samples or for sale or delivery
after sale, while the property is on the residence
premises.

2.  Coverage DP
    Increased Coverage On Electronic Data
    Processing Equipment
    The $5,000 limitation on electronic data
    processing equipment under Coverage C —
    Personal Property Protection, and the recording
    or storage media used with that equipment, is
    increased to the amount shown on the Policy
    Declarations.

3.  Coverage F
    Fire Department Charges
    The $500 limit applying to the fire department
    service charges under Additional Protection is
    increased to the amount shown on the Policy
    Declarations.

4.  Coverage G
    Loss Assessments
    If your residence premises includes a building
    structure which is constructed in common with
    one or more similar buildings, and you are a
    member of, and subject to the rules of, an
    association governing the areas held in common
    by all building owners as members of the
    association, the insured premises means the
    building structure occupied exclusively by your
    household as a private residence, including the
    grounds, related structures and private
    approaches to them.

    We will pay your share of any special
    assessments charged against all building
    owners by the association up to the limit of
    liability shown on the Policy Declarations,
    when the assessment is made as a result
    of:
    a)  sudden and accidental direct
        physical loss to the property held in
        common by all building owners
        caused by a loss we cover under
        Section I of this policy; or
    b)  bodily injury or property damage covered
        under Section II of this policy.

Page 28

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

Allstate will pay only when the assessment levied against the insured person, as a result of any one loss, for bodily injury or property damage exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to Section I of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to Sections I and II of this policy and the Sections I and II Conditions, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs**
   Coverage C—Personal Property Protection is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to Coverage C— Personal Property Protection. However, in no event will coverage be less than would have applied in the absence of Coverage J.

We do not cover loss caused by or consisting of:
a) intentional or criminal acts of or at the direction of any insured person, if the loss that occurs:
   1) may be reasonably expected to result from such acts; or

   2) is the intended result of such acts.
b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

   We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.
e) failure by any insured person to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss we cover.

Any deductible shown on the Policy Declarations applicable to Coverage C—Personal Property Protection, also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**
   a) The $2,000 limit applying to property used or intended for use in a business under Coverage C— Personal Property Protection do not apply to equipment, supplies and furnishings used in a described office, private school or studio at your residence premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

The Coverage K limits are shown on the Policy Declarations. The first limit applies to property on the residence premises . The second limit applies to property while away from the residence premises. These limits are not in addition to Coverage C—Personal Property Protection, Limitations On Certain

Personal Property on property used or intended for use in a business. The increased coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X—Family Liability Protection and Coverage Y—Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a business.

We do not cover bodily injury to:
a) any employee other than a **residence employee**; or
b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

7. **Coverage M**
Increased Coverage On Money
The $200 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

8. **Coverage P**
Business Pursuits
**Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** are extended to cover specified business pursuits of an **insured person**.

We do not cover:
a) **bodily injury** or **property damage** arising out of the business pursuits of an **insured person** when the **business** is owned or financially controlled by the **insured person**.

This also means a partnership or joint venture of which an **insured person** is a partner or member;
b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;
c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;
d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or
e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

9. **Coverage S**
Increased Coverage On Securities
The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C—Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

10. **Coverage SD**
Satellite Dish Antennas
**Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on your **residence premises**, subject to the provisions of **Coverage C—Personal Property Protection**. The amount of coverage is shown on the Policy Declarations.

Page 38

11. **Coverage SE**
**Portable Cellular Communication Systems**
**Coverage C—Personal Property Protection** is
extended to portable cellular communication
systems in or upon a motorized land vehicle or
watercraft. This coverage applies only to
portable systems that can be powered by
electricity from a motorized land vehicle or
watercraft. Coverage applies whether or not
the portable cellular communication system is
used in a business.

The amount of coverage is shown on the Policy
Declarations.

12. **Coverage ST**
**Increased Coverage On Theft Of Silverware**
The $2,500 limitation on theft of silverware,
pewterware and goldware under **Coverage C—
Personal Property Protection** is increased to
the amount shown on the Policy Declarations.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy—Keep It With Your Policy*

**Georgia
Deluxe Plus Homeowners
Amendatory Endorsement** —APC192

This endorsement amends your Deluxe Plus Homeowners Policy and is in addition to all other amendatory endorsements which apply to this policy.

I.    In Section I—Your Property, under Losses We Do Not Cover Under Coverages A and B, item 15.d), "rust or other corrosion, mold, wet or dry rot", is replaced by:

 15.   d) rust or other corrosion;

II.   In Section I—Your Property, under Losses We Do Not Cover Under Coverages A and B, the following exclusion is added:

 Mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

 This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

 This exclusion does not apply to direct physical loss that ensues from fire and lightning.

III.  In Section I—Your Property, under Losses We Do Not Cover Under Coverage C, the following exclusion is added:

 Mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

 This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

 This exclusion does not apply to direct physical loss that ensues from fire and lightning.

IV. In Section I—Your Property, under Additional Protection—Additional Living Expense is replaced by the following:

1. **Additional Living Expense**
   a) We will pay the reasonable increase in living expenses necessary to maintain your normal standard of living when a direct physical loss we cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection** makes your **residence premises** uninhabitable. However, additional living expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

   Payment for additional living expense as a result of a covered loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection** will be limited to the least of the following:
   1) the time period required to repair or replace the property we cover, using due diligence and dispatch;
   2) if you permanently relocate, the shortest time for your household to settle elsewhere; or
   3) 12 months.

   b) We will pay your lost fair rental income resulting from a covered loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection**, less charges and expenses which do not continue, when a loss we cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection** makes the part of the residence premises you rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for your lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

   c) We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a loss we insure against. However, payments for increase in living expenses or your lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

   These periods of time are not limited by the termination of this policy.

   We do not cover any lost income or expense due to the cancellation of a lease or agreement.

   No deductible applies to this protection.

V. In **Section I—Conditions**, under item 5, **How We Pay For A Loss**, sub-item c) Building Structure Reimbursement, the first paragraph is replaced by the following:

c)   Building Structure Reimbursement. Under Coverage A—Dwelling Protection and Coverage B—Other Structures Protection, we will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a building structure damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss, and shall not be payable for any losses excluded in Section I—Your Property, under Losses We Do Not Cover Under Coverages A and B.

VI.   In Section I—Conditions, the following is added:

19.   Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss

In the event of a covered water loss under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection, we will pay up to $10,000 for mold, fungus, wet rot or dry rot remediation.
However, if a premium is shown on the Policy Declarations for Optional Protection For Mold, we will pay up to the applicable limit of liability shown on the Policy Declarations for Optional Protection For Mold for mold, fungus, wet rot or dry rot remediation.

If a premium is shown on the Policy Declarations for Optional Protection For Mold:
a)   the Remediation limit shown on the Policy Declarations for Optional Protection For Mold is the maximum we will pay for all mold, fungus, wet rot or dry rot remediation resulting from any one covered water loss; and

b)   the Aggregate Remediation limit shown on the Policy Declarations for Optional Protection For Mold is the maximum we will pay for all mold, fungus, wet rot or dry rot remediation resulting from all covered water losses during the premium period, regardless of the number of locations insured under the policy or number of claims made. This Aggregate Remediation limit is subject to the Remediation limit.

Remediation means:
a)   any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot;
b)   payment for any reasonable increase in living expenses necessary to maintain your normal standard of living if mold, fungus, wet rot or dry rot makes your residence premises uninhabitable; and
c)   the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property we cover under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection, or Coverage C—Personal Property Protection damaged by a covered loss.

Remediation does not include any activities or amounts other than those described in a), b) or c) above.

This Condition does not increase or decrease the limits of liability under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection, or Coverage C—Personal Property Protection.

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## Building Structure Reimbursement
## Extended Limits Endorsement—APC156

For an additional premium and when the Policy Declarations indicates that the "Building Structure Reimbursement Extended Limits Endorsement" applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in Section I Conditions:

In provision c) (titled "Building Structure Reimbursement"), item 3) of the second paragraph is replaced by the following:

3) 125% of the limit of liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

This endorsement applies only if:

1) You insure your dwelling, attached structures and detached building structures to 100% of replacement cost as determined by:

a) an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information you furnished; or
b) our inspection of your residence premises;

2) You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A—Dwelling Protection limit of liability, and pay any additional premium charged; and

3) You notify us within 60 days of the start of any modifications that increase the aggregate value of your dwelling, attached structures and detached building structures at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

12/03

## Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

### STANDARD FIRE POLICY PROVISIONS — AU14116

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

**In Considerations of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations (or specified in endorsement attached thereto), Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration at location of property involved, to an amount not exceeding the limit of liability specified, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance of any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.**

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

Page 1

| | | |
|---|---|---|
| 1 | Concealment, | This entire policy shall be void if, whether |
| 2 | fraud. | before or after a loss, the insured has will- |
| 3 | | fully concealed or misrepresented any ma- |
| 4 | terial fact or circumstance concerning this insurance or the |
| 5 | subject thereof, or the interest of the insured therein, or in case |
| 6 | of any fraud or false swearing by the insured relating thereto. |
| 7 | Uninsurable | This policy shall not cover accounts, bills, |
| 8 | and | currency, deeds, evidences of debt, money or |
| 9 | excepted property | securities; nor, unless specifically named |
| 10 | | hereon in writing, bullion or manuscripts. |
| 11 | Perils not This Company shall not be liable for loss by |
| 12 | included. fire or other perils insured against in this |
| 13 | | policy caused, directly or indirectly, by: (a) |
| 14 | enemy attack by armed forces, including action taken by mili- |
| 15 | tary, naval or air forces in resisting an actual or an immediately |
| 16 | impending enemy attack; (b) invasion; (c) insurrection; (d) |
| 17 | rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) |
| 18 | order of any civil authority except acts of destruction at the time |
| 19 | of and for the purpose of preventing the spread of fire, provided |
| 20 | that such fire did not originate from any of the perils excluded |
| 21 | by this policy; (i) neglect of the insured to use all reasonable |
| 22 | means to save and preserve the property at and after a loss, or |
| 23 | when the property is endangered by fire in neighboring prem- |
| 24 | ises; (j) nor shall this Company be liable for loss by theft. |
| 25 | Other insurance | Other insurance may be prohibited or the |
| 26 | | amount of insurance may be limited by en- |
| 27 | dorsement attached hereto. |
| 28 | Conditions suspending or restricting insurance. Unless |
| 29 | otherwise provided in writing added hereto this Company |
| 30 | shall not be liable for loss occurring |
| 31 | (a) while the hazard is increased by any means within the con- |
| 32 | trol or knowledge of the insured; or |
| 33 | (b) while a described building, whether intended for occupancy |
| 34 | by owner or tenant, is vacant or unoccupied beyond a period of |
| 35 | sixty consecutive days; or |
| 36 | (c) as a result of explosion or riot, unless fire ensue, and in |
| 37 | that event for loss by fire only. |
| 38 | Other perils | Any other peril to be insured against or sub- |
| 39 | or subjects. | ject of insurance to be covered in this policy |
| 40 | | shall be by endorsement in writing hereon or |
| 41 | added hereto. |
| 42 | Added provisions. | The extent of the application of insurance |
| 43 | | under this policy and of the contribution to |
| 44 | be made by this Company in case of loss, and any other pro- |
| 45 | vision or agreement not inconsistent with the provisions of this |
| 46 | policy, may be provided for in writing added hereto, but no pro- |
| 47 | vision may be waived except such as by the terms of this policy |
| 48 | is subject to change. |

**Page 2**

49    Waiver         No permission affecting this insurance shall
50  provisions.      exist, or waiver of any provision be valid,
51                   unless granted herein or expressed in writing
52  added hereto. No provision, stipulation or forfeiture shall be
53  held to be waived by any requirement or proceeding on the part
54  of this Company relating to appraisal or to any examination
55  provided for herein.
56  Cancellation     This policy shall be cancelled at any time
57   of policy.      at the request of the insured, in which case
58                   this Company shall, upon demand and sur-
59  render of this policy, refund the excess of paid premium above
60  the customary short rates for the expired time. This pol-
61  icy may be cancelled at any time by this Company by giving
62  to the insured a five days' written notice of cancellation with
63  or without tender of the excess of paid premium above the pro
64  rata premium for the expired time, which excess, if not ten-
65  dered, shall be refunded on demand. Notice of cancellation shall
66  state that said excess premium (if not tendered) will be re-
67  funded on demand.
68  Mortgagee        If loss hereunder is made payable, in whole
69  interests and    or in part, to a designated mortgagee not
70  obligations.     named herein as the insured, such interest in
71                   this policy may be cancelled by giving to such
72                   mortgagee a ten days' written notice of can-
73  cellation.
74  If the insured fails to render proof of loss such mortgagee, upon
75  notice, shall render proof of loss in the form herein specified
76  within sixty (60) days thereafter and shall be subject to the pro-
77  visions hereof relating to appraisal and time of payment and of
78  bringing suit. If this Company shall claim that no liability ex-
79  isted as to the mortgagor or owner, it shall, to the extent of pay-
80  ment of loss to the mortgagee, be subrogated to all the mort-
81  gagee's rights of recovery, but without impairing mortgagee's
82  right to sue; or it may pay off the mortgage debt and require
83  an assignment thereof and of the mortgage. Other provisions
84  relating to the interests and obligations of such mortgagee may
85  be added hereto by agreement in writing.
86  Pro rata liability.   This Company shall not be liable for a greater
87                   proportion of any loss than the amount
88  hereby insured shall bear to the whole insurance covering the
89  property against the peril involved, whether collectible or not.
90  Requirements in  The insured shall give immediate written
91  case loss occurs.    notice to this Company of any loss, protect
92                   the property from further damage, forthwith
93  separate the damaged and undamaged personal property, put
94  it in the best possible order, furnish a complete inventory of
95  the destroyed, damaged and undamaged property, showing in

**Page 3**

96  detail quantities, costs, actual cash value and amount of loss
97  claimed; and within sixty days after the loss, unless such time
98  is extended in writing by this Company, the insured shall render
99  to this Company a proof of loss, signed and sworn to by the
100  insured, stating the knowledge and belief of the insured as to
101  the following: the time and origin of the loss, the interest of the
102  insured and of all others in the property, the actual cash value of
103  each item thereof and the amount of loss thereto, all encum-
104  brances thereof, all other contracts of insurance, whether valid
105  or not, covering any of said property, any changes in the title,
106  use, occupation, location, possession or exposures of said prop-
107  erty since the issuing of this policy, by whom and for what
108  purpose any building herein described and the several parts
109  thereof were occupied at the time of loss and whether or not it
110  then stood on leased ground, and shall furnish a copy of all the
111  descriptions and schedules in all policies and, if required, verified
112  plans and specifications of any building, fixtures or machinery
113  destroyed or damaged. The insured, as often as may be reason-
114  ably required, shall exhibit to any person designated by this
115  Company all that remains of any property herein described, and
116  submit to examinations under oath by any person named by this
117  Company, and subscribe the same; and, as often as may be
118  reasonably required, shall produce for examination all books of
119  account, bills, invoices and other vouchers, or certified copies
120  thereof if originals be lost, at such reasonable time and place as
121  may be designated by this Company or its representative, and
122  shall permit extracts and copies thereof to be made.

123  **Appraisal.**  In case the insured and this Company shall
124        fail to agree as to the actual cash value or
125  the amount of loss, then, on the written demand of either, each
126  shall select a competent and disinterested appraiser and notify
127  the other of the appraiser selected within twenty days of such
128  demand. The appraisers shall first select a competent and dis-
129  interested umpire; and failing for fifteen days to agree upon
130  such umpire, then, on request of the insured or this Company,
131  such umpire shall be selected by a judge of a court of record in
132  the state in which the property covered is located. The ap-
133  praisers shall then appraise the loss, stating separately actual
134  cash value and loss to each item; and, failing to agree, shall
135  submit their differences, only, to the umpire. An award in writ-
136  ing, so itemized, of any two when filed with this Company shall
137  determine the amount of actual cash value and loss. Each
138  appraiser shall be paid by the party selecting him and the ex-
139  penses of appraisal and umpire shall be paid by the parties
140  equally.

141  **Company's**      It shall be optional with this Company to
142  **options.**       take all, or any part, of the property at the
143            agreed or appraised value, and also to re-
144  pair, rebuild or replace the property destroyed or damaged with

145 other of like kind and quality within a reasonable time, on giv-
146 ing notice of its intention so to do within thirty days after the
147 receipt of the proof of loss herein required.

148 **Abandonment.** There can be no abandonment to this Com-
149 pany of any property.

150 **When loss** The amount of loss for which this Company
151 **payable.** may be liable shall be payable sixty days
152 after proof of loss, as herein provided, is
153 received by this Company and ascertainment of the loss is made
154 either by agreement between the insured and this Company ex-
155 pressed in writing or by the filing with this Company of an
156 award as herein provided.

157 **Suit.** No suit or action on this policy for the recov-
158 ery of any claim shall be sustainable in any
159 court of law or equity unless all the requirements of this policy
160 shall have been complied with, and unless commenced within
161 two years next after inception of the loss.

162 **Subrogation.** This Company may require from the insured
163 an assignment of all right of recovery against
164 any party for loss to the extend that payment therefor is made
165 by this Company.

## Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

### Amendatory Endorsement — AP4577

In Section I—Conditions, the Property Insurance Adjustment provision is replaced by the following:

**Property Insurance Adjustment**
When the Policy Declarations indicates that the Property Insurance Adjustment condition applies, you agree that, at each policy anniversary, we may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect the rate of change in the index identified in the "Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A—Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000.

Any adjustment in the limit of liability for **Coverage A—Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection** in accordance with our manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by us at the time a change in limits is made.

We will not reduce the limit of liability shown on the Policy Declarations without your consent. You agree that it is your responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for your insurance needs. If you want to increase or decrease any of the limits of liability shown on the Policy Declarations, you must contact us to request such a change.

We have the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving you at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by us in your state.

All other policy terms and conditions apply.